DILLON E. JACKSON
FOSTER PEPPER & SHEFELMAN PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299
(206) 447-8962
Co-Counsel for Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| In re<br><br>THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE, a Washington corporation sole,,<br><br>        Debtor. | No. 04-08822-PCW-11 |
| JOHN DOE, JAMES DOE and JOSEPH DOE (pseudonyms),<br><br>        Plaintiffs,<br><br>v.<br><br>CATHOLIC ARCHIBISHOP OF SEATTLE, a Washington non profit corporation; CATHOLIC BISHOP OF SPOKANE, a Washington non profit corporation; and PATRICK O'DONNELL, individually,<br><br>        Defendants. | Adv. Proc. No. 05-80004<br><br>OBJECTION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN AND MEMORANDUM THEREON<br><br>**[Demand for Jury Trial]** |

COMES NOW Plaintiffs in the removed action herein object to the removal of this cause and move to remand or for this Court to Abstain.

**I.   MOTION AND RULE 9027(e) STATEMENT.**

1.1   This is a non-core proceeding related to case under title 11.

OBJECTION TO REMOVAL AND MOTION TO
REMAND OR ABSTAIN AND MEMORANDUM - 1

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50497405.01

05-80004-PCW   Doc 6   Filed 01/18/05   Entered 01/18/05 19:33:07   Pg 1 of 6

1.2     This Court has jurisdiction to hear this motion under 28 U.S.C. §§ 157(a) and 1334.

1.3     This Motion is brought pursuant to 28 U.S.C. 1452(b), FRBP 9027(d) Related to remand and 28 U,S,C, 1334(c)(1) and or FRBP 5011, related to discretionary and mandatory abstention.

1.4     As to the allegations in Defendant's Notice of Removal, Plaintiffs state:

    a.     Admit paragraphs 1, 2, 5.

    b.     Deny 4, 7 and object to the extent such allegation would imply that seeking withdrawal of the reference is not an option for the Plaintiffs.

    c.     Is without knowledge to admit or deny 6.

    d.     Allegation 8 does not require a response.

1.5     Plaintiffs do not consent to the entry of final orders or judgment by the bankruptcy court and assert their right to a jury trial in state court.

DATED this 18th day of January 2005.

FOSTER PEPPER & SHEFELMAN PLLC

*S/ Dillon E. Jackson*

Dillon E. Jackson, WSBA No. 1539
Co-Counsel for Plaintiffs

OBJECTION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN AND MEMORANDUM - 2

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50497405.01

05-80004-PCW    Doc 6    Filed 01/18/05    Entered 01/18/05 19:33:07    Pg 2 of 6

# MEMORANDUM IN SUPPORT OF OBJECION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN

Plaintiffs object to the removal of this cause and move for remand or abstention. Plaintiffs have also demanded a jury trial.

## I. INTRODUCTION

1.1     Non-core.

This is a non-core proceeding related to case under title 11. See, 28 U.S.C. §§ 157(b)(2)(B) which expressly excludes liquidation or estimation of contingent or unliquidated personal injury tort or wrongful death claims against the estate under the definition of "core proceedings." The essential facts supporting this claim are set forth in the Complaint in the state court action that is the subject of removal. In broad summary the claims herein are based upon claims of sexual abuse made against the Debtor and certain of its employees and/or priests. The claims are for personal injuries and/or wrongful death and are contingent and unliquidated. This is not a core action and plaintiffs have sought a jury trial and have objected to the entry of final orders or judgment by the bankruptcy court.

1.2     Can Efficiently Be Determined in State Court.

The cases herein have been pending for varying periods of time, but the claims can be adjudicated expeditiously in state court. See Declaration of Michael Pfau filed concurrently.

## II. MANDATORY ABSTENTION

Under the express language of 28 U.S.C. 1334(c)(2) this Court is required by law to abstain from hearing this case. Where there are non-debtor parties abstention is mandatory. *See, 1 Collier on Bankruptcy* ¶ 3.06{4} (15th ed. Rev. 2003).

There is no bankruptcy jurisdiction over this case because the abstention provisions of 28 U.S.C. § 1334(c) qualify Section 1334(b)'s broad grant of

OBJECTION TO REMOVAL AND MOTION TO
REMAND OR ABSTAIN AND MEMORANDUM - 3

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50497405.01

05-80004-PCW    Doc 6    Filed 01/18/05    Entered 01/18/05 19:33:07    Pg 3 of 6

jurisdiction." *In re Dow Corning Corp.,* 86 F.3d 482, 497 (6th Cir 1996*), cert denied* 519 U.S. 1071 (1997).

### III. DISCRETIONARY ABSTENTION

The court has discretion to remand removed cause of action under 28 U,S,C, 1452(b) on "any equitable ground." See also consistent language in 28 U.S.C. 1334(c)(1). Factors for discretionary remand or abstention are set out in *In re Tucson Estates* 912 F.2d 1162, 1167( 9th Cir. 1990). Of particular application are the following "Tucson factors."

3.1     Factor 1—Efficient Administration.

It cannot be seriously argued that the Bankruptcy can more effectively administer these claims were it is unable to enter a final judgment and can only entertain a jury trial on the specific stipulation of the parties. Arguably Jury trials would, of necessity proceed in the United States District Court. This would not promote efficient administration of the estate.

3.2     Factor 2--State Law Issues Predominate.

This factor is clearly applicable in personal injury and wrongful death cases. There are no federal law issues presented, while issues relating to statute of limitations, *respondent superior* and similar state law issues are addressed in many of these cases.

3.3     Factor 4--Presence of Related Proceeding in State Court.

The state court action is filed and was proceeding at the time of the removal.

3.4     Factor 5--Lack of Federal Jurisdiction.

Absent § 1334 this court would have no jurisdiction over the parties and subject matter of this case.

OBJECTION TO REMOVAL AND MOTION TO
REMAND OR ABSTAIN AND MEMORANDUM - 4

**FOSTER PEPPER & SHEFELMAN PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50497405.01

05-80004-PCW    Doc 6    Filed 01/18/05    Entered 01/18/05 19:33:07    Pg 4 of 6

3.5     Factor 8--Feasibility of Severing Claims Determination from Enforcement.

Clearly this is feasible in this situation, since once the claims are determined by a state court jury, the bankruptcy court would address how claims are to be paid.

3.6     Factor 10--Forum Shopping.

There can be no misunderstanding that the Debtor has removed these cases to gain advantage in litigation and to attempt to deprive Plaintiffs of their right to a jury trial.

3.7     Factor 11—Right to a Jury Trial.

The plaintiffs clearly have a right to a jury trial under applicable law. *See,* 28 U.S.C. 1411.

3.8     Factor 12—Non Debtor Parties.

In each case, there are or may be, non-debtor defendant parties.

3.9     Summary.

The remaining factors also favor remand or abstention or at the very least are neutral in their application.

3.10    Ninth Circuit Policy.

The 9th Circuit has stated that there is a clear policy to be followed to give state court litigants the right to have claims heard in state court. *In re Castlerock Properties,* 781 F.2d 159, 163 (9th Cir. 1986).

//
//
//
//
//

OBJECTION TO REMOVAL AND MOTION TO
REMAND OR ABSTAIN AND MEMORANDUM - 5

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50497405.01

05-80004-PCW    Doc 6    Filed 01/18/05    Entered 01/18/05 19:33:07    Pg 5 of 6

## IV. CONCLUSION

For all the foregoing reasons the Plaintiffs in this cause urge the Court to remand this matter to state court or abstain.

DATED this 18th day of January 2005.

                FOSTER PEPPER & SHEFELMAN PLLC

                *S/ Dillon E. Jackson*

                Dillon E. Jackson, WSBA No. 1539
                Co-Counsel for Plaintiffs

OBJECTION TO REMOVAL AND MOTION TO REMAND OR ABSTAIN AND MEMORANDUM - 6

**FOSTER PEPPER & SHEFELMAN PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50497405.01

05-80004-PCW   Doc 6   Filed 01/18/05   Entered 01/18/05 19:33:07   Pg 6 of 6