SPOKANE MESSENGER &
PROCESS SERVICE
164 S. WASHINGTON, 400
SPOKANE WA 99201

| | | |
|---|---|---|
| 1 | MICHAEL A. PATTERSON<br>KAREN A. KALZER | Judge Patricia C. Williams |
| 2 | LEE, SMART, COOK, MARTIN &<br>PATTERSON, P.S., INC. | |
| 3 | 1800 One Convention Place<br>701 Pike Street | |
| 4 | Seattle, WA 98101-3929<br>(206) 624-7990 | |
| 5 | | |
| 6 | Attorneys for Defendant Corporation<br>Of The Catholic Archbishop Of Seattle | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | | |
|---|---|---|
| 9 | In re | |
| 10 | THE CATHOLIC BISHOP OF<br>SPOKANE a/k/a/ the CATHOLIC<br>DIOCESE OF SPOKANE, A<br>Washington corporation sole, | Bankr. No: 04-08822-PCW11 |
| 12 | | Adv. Proc. No. 05-80004-PCW |
| 13 | Debtor. | SEATTLE ARCHDIOCESE'S<br>STATEMENT RE: SPOKANE |
| 14 | JOHN DOE, JAMES DOE and JOSEPH<br>DOE (pseudonyms), | DIOCESE'S NOTICE OF<br>REMOVAL PURSUANT TO |
| 15 | | 28 U.S.C. 1451 AND F.R.B.P. |
| 16 | Plaintiffs, | 9027 |
| 17 | vs. | |
| 18 | CATHOLIC ARCHBISHOP OF<br>SEATTLE, a Washington non profit<br>corporation, CATHOLIC BISHOP OF | |
| 19 | SPOKANE, a Washington non profit<br>corporation; and PATRICK | **FILED** |
| 20 | O'DONNELL, individually, | FEB 1 1 2005 |
| 21 | Defendants. | T.S. McGREGOR, CLERK<br>U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF WASHINGTON |
| 22 | | |

{958475.DOC}
SEATTLE ARCHDIOCESE'S STATEMENT RE:
SPOKANE DIOCESE'S NOTICE OF REMOVAL
PURSUANT TO 28.U.S.C. 1451 AND F.R.B.P. 9027 - 1

**ORIGINAL**

LEE·SMART·COOK·MARTIN & PATTERSON

P.S., Inc. - Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

COMES NOW Defendant Corporation Of The Catholic Archbishop Of Seattle (the "Seattle Archdiocese"), a non profit corporation sole, referred to in the caption above as Catholic Archbishop Of Seattle, a Washington non profit corporation, and makes the following statement concerning the allegations contained in the Spokane Diocese's Notice Of Removal Pursuant To 28.U.S.C. § 1451 and F.R.B.P. 9027.

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. The bankruptcy proceeding is a core proceeding under 28 U.S.C. § 157 (b)(2)(A) and (B). As a core proceeding, the Seattle Archdiocese does not consent to entry of final orders or judgment by the bankruptcy judge. Under 28 U.S.C. § 157(b)(5), plaintiffs' claims must be tried in the district court.
8. Admit.

The Seattle Archdiocese specifically reserves the right to raise the issue of whether the bankruptcy court has jurisdiction to hear this matter.

A copy of this Statement Re: Spokane Diocese's Notice of Removal Pursuant to 28.U.S.C. 1451 and F.R.B.P. 9027 has been served upon counsel of record for all parties.

///
///

[958475.DOC]
SEATTLE ARCHDIOCESE'S STATEMENT RE:
SPOKANE DIOCESE'S NOTICE OF REMOVAL
PURSUANT TO 28.U.S.C. 1451 AND F.R.B.P. 9027 - 2

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

05-80004-PCW    Doc 13    Filed 02/11/05    Entered 02/14/05 11:22:25    Pg 2 of 3

1  DATED this 10TH day of February, 2005.

2  LEE SMART COOK MARTIN &
3  PATTERSON, P.S., INC.

4

5  By: /s/ Michael A. Patterson
6  Michael A. Patterson, WSBA No. 7976
   Karen A. Kalzer, WSBA No. 25429
7  Of Attorneys for Defendant Catholic
   Archbishop Of Seattle

[958475.DOC]
23  SEATTLE ARCHDIOCESE'S STATEMENT RE:    LEE·SMART·COOK·MARTIN & PATTERSON
    SPOKANE DIOCESE'S NOTICE OF REMOVAL
24  PURSUANT TO 28.U.S.C. 1451 AND F.R.B.P. 9027 - 3    P.S., Inc. - Pacific Northwest Law Offices
    1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
    Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944