1  SHAUN M. CROSS
2  DANIEL J. GIBBONS
   PAINE, HAMBLEN, COFFIN,
3    BROOKE & MILLER LLP
   717 W. Sprague Avenue Suite 1200
4  Spokane, WA 99201-3505
5  (509) 455-6000
   Attorneys for the Debtor
6

7

8              UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF WASHINGTON

10

11 In Re:                              )
                                        )  Case No. 04-08822-PCW-11
12 THE CATHOLIC BISHOP OF SPOKANE       )
   a/k/a THE CATHOLIC DIOCESE OF        )
13 SPOKANE, a Washington corporation sole, )  Adv. Proc. No. 05-80004
                                        )
14              Debtor.                 )  **DECLARATION OF GREGORY J.**
                                        )  **ARPIN IN OPPOSITION TO**
15 _____ )  **PLAINTIFFS' MOTION TO**
                                        )  **REMAND**
16 JOHN DOE, JAMES DOE and JOSEPH DOE   )
   (pseudonyms),                        )
17                                      )
                Plaintiffs,             )
18      vs.                             )
                                        )
19 CATHOLIC ARCHBISHOP OF SEATTLE,      )
   a Washington non profit corporation; )
20 CATHOLIC BISHOP OF SPOKANE, a        )
   Washington non profit corporation; and )
21 PATRICK O'DONNELL, individually,     )
                                        )
22              Defendants.             )
                                        )
23 _____ )

24

25      GREGORY J. ARPIN declares under penalty of perjury as follows:

26      1.    I am one of the attorneys for defendant Catholic Bishop of Spokane

27 (hereinafter "Spokane Diocese") in the above-referenced adversary proceeding.  At the time

28

29 DECLARATION OF GREGORY J. ARPIN        *PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
   IN OPPOSITION TO PLAINTIFFS'               *717 WEST SPRAGUE AVENUE, SUITE 1200*
30 MOTION TO REMAND - 1                 *SPOKANE, WA  99201 PHONE: (509) 455-6000*

of the filing by the Spokane Diocese of a Voluntary Petition for Chapter 11 Reorganization (hereinafter "Reorganization Case") on December 6, 2005, I had appeared for and was acting as one of the primary defense counsel for the Spokane Diocese in nineteen separate lawsuits pending in Spokane County Superior Court and arising out of alleged sexual abuse of the plaintiffs by former priests of the Spokane Diocese (hereinafter "Sexual Abuse Lawsuits").

2.    In early November 2004, a four day mediation of approximately 29 claims arising out of alleged abuse by Patrick O'Donnell was conducted, but no settlement was reached.  The mediation involved five plaintiffs' attorneys, numerous coverage attorneys and claims representatives for six different insurance carriers, as well as two trial attorneys, two coverage counsel and the Vicar General for the Spokane Diocese, and attorneys for the Seattle Archdiocese.  Counsel for the plaintiffs were advised during the scheduling of and at the onset of mediation that, should it prove unsuccessful, the Spokane Diocese would have no option but to file the Reorganization Case.

3.    On December 7, 2004, after filing the Reorganization Case, the Spokane Diocese filed a Notice of Bankruptcy Automatic Stay in Spokane County Superior Court in each of the Sexual Abuse Lawsuits.

4.    On January 5, 2005, the Spokane Diocese filed a Notice of Removal, pursuant to Federal Rules of Bankruptcy Procedure 9027(a)(1) and 9001(3), in U.S. Bankruptcy Court in each Sexual Abuse Lawsuit.  On January 6, 2005, the Spokane Diocese filed, pursuant to Federal Rule of Bankruptcy Procedure 9027(c), a copy of the

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

05-80004-PCW    Doc 27    Filed 04/07/05    Entered 04/07/05 17:07:51    Pg 2 of 29

Notice of Removal in Spokane County Superior Court in each of the Sexual Abuse Lawsuits, effecting their removal from state court.

5.    I have reviewed the plaintiffs' Motion for Remand **[Docket #14]**, Memorandum in Support of Motion to Remand **[Docket #15]** and the Declaration of Michael T. Pfau in Support of Motion for Remand **[Docket #16]**. The plaintiffs' attorneys have claimed that "[i]n virtually all the cases, the fact of sexual abuse by the priest or employee is not seriously at issue." Plaintiffs' Memorandum at Page 2. To the contrary, whether sexual abuse occurred, and the nature and extent of the abuse claimed, is disputed by the Spokane Diocese in many of the Sexual Abuse Lawsuits. The dates of abuse claimed by the plaintiffs range from the late 1940s to the mid 1980s. In some instances, the alleged perpetrator of the abuse is dead. Each of the former bishops of the Spokane Diocese during this time period have also died.

6.    In most instances, the individuals who would have information relative to the allegations of abuse, who were in positions of authority within the Spokane Diocese at the time the abuse was alleged to have occurred, are deceased or otherwise unavailable. Other witnesses with relevant knowledge of that time period are also deceased, unavailable or incompetent due to age-related infirmities. Likewise, records to document events from so long ago were either not generated to begin with or, if generated, were not properly stored to protect them from inadvertent damage or deterioration, have been lost or were simply not retained because their significance was unknown prior to any claims being filed. The timeliness of the filing of these claims as it relates to the Statute of Limitations is most certainly at issue, as is the nature and extent of the damages claimed by the plaintiffs.

7.    In the summary status of lawsuits included in the Declaration of Michael T. Pfau **[Docket #16]**, it is also alleged that many of the Complaints have not been answered

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA  99201 PHONE: (509) 455-6000*

by the Spokane Diocese. On January 12, 2005, the Spokane Diocese filed, pursuant to Federal Rule of Bankruptcy Procedure 9027(g), Answers and Affirmative Defenses to the Complaints or Amended Complaints in each of the Sexual Abuse Lawsuits in which the Spokane Diocese had not previously answered.

8.     Also, the estimate of the time by plaintiffs' attorneys that would be necessary to now complete trials in the Sexual Abuse Lawsuits varies greatly with the time they estimated while these cases resided in state court. In Spokane County Superior Court, counsel for each of the parties are required to prepare a Joint Case Status Report for presentment to the court at a Case Status Conference, at which time the assigned judge sets a trial date and discovery schedule. Counsel for the plaintiffs provided information for and gave approval to each of the Joint Case Status Reports in the Sexual Abuse Lawsuits where they had appeared, which included an estimation of the time needed for trial. In the declaration submitted by one of the attorneys for the plaintiffs' in support of the motions for remand, the estimate of times needed for trial are now consistently doubled and sometimes quadrupled from the trial times estimated by the plaintiffs' attorneys in state court.

9.     Counsel for the plaintiffs now also claim that these 19 Sexual Abuse Lawsuits could be parceled among the 12 judicial departments in Spokane County Superior Court for expeditious resolution. This proposal is not reasonable. The structure of the 12 departments in Spokane County Superior Court is organized so that only six departments at one time are primarily assigned Civil Individual Calendar matters. One judge is elected by vote of the entire body of 12 judges to the presiding court and, in addition to other duties, only hears such ex parte civil and probate matters as are not assigned to other departments. The five remaining judges only handle matters related to the criminal docket, Juvenile Court, Family Law Department and Felony Drug Court / Broker Department. Two judges

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

have already recused themselves from hearing any of these matters, and another was removed after one of the other defendants filed an affidavit of prejudice. While previously in state court, 15 of these 19 lawsuits were assigned between only two different judges. The plaintiffs made no effort whatsoever at that time to ease the caseload of those two judges. More than likely, if these cases were to be remanded to state court, these 15 lawsuits would be reassigned to the same two judges, as they are most familiar with the cases. Also, given the fact that these lawsuits were removed from state court trial calendar more than three months ago, it would be doubtful if the state court could find trial dates before 2006 to accommodate the extensive time now estimated by the plaintiffs as needed for trial.

       10.     Following is a summary of the procedural and discovery status of each of the Sexual Abuse Lawsuits:

### LITIGATION ALLEGING ABUSE BY PATRICK O'DONNELL

     There are eight adversary proceedings arising out the alleged sexual abuse of the plaintiffs by Patrick O'Donnell, who served as a priest of the Spokane Diocese from 1971 until 1986. Patrick O'Donnell was deposed on July 7, 2004 and August 30, 2004. Approximately 20 clergy and lay witnesses, including Bishop William Skylstad, have provided deposition testimony generally applicable to each of the lawsuits arising out of alleged abuse by Patrick O'Donnell. Attorneys for the parties in each of the lawsuits existing at the time the depositions were taken of Patrick O'Donnell, as well as clergy and lay witnesses, were provided notice of the depositions and given an opportunity to participate.

     Following is the procedural and discovery status in each individual lawsuit arising out of alleged sexual abuse of the plaintiffs by Patrick O'Donnell:

**A.**    **John Doe, James Doe and Joseph Doe v. Catholic Archbishop of Seattle, a Washington non-profit corporation; Catholic Bishop of**

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 5

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

**Spokane, a Washington non-profit corporation; and Patrick O'Donnell, individually** (Adversary Proceeding No. 05-80004)

1.    Procedural Status

This matter was originally filed in King County Superior Court on July 14, 2003, and venue was transferred to Spokane County Superior Court on October 3, 2003. Defendant Patrick O'Donnell filed an Answer and Affirmative Defenses on December 18, 2003. The Spokane Diocese filed an Answer and Affirmative Defenses on December 31, 2003. Defendant Seattle Archdiocese filed an Answer and Affirmative Defenses on February 20, 2004.

The parties had disclosed primary and rebuttal witnesses in accordance with a Civil Case Scheduling Order issued in the state court action. The plaintiffs demanded a 12 person jury on August 18, 2004. Trial was scheduled to commence on January 3, 2005. In the Joint Case Status Report submitted to the state court on February 20, 2004, the parties estimated that three weeks would be necessary to complete trial.

2.    Discovery Status

At the time of the Chapter 11 filing, most of the written discovery that had been previously exchanged by the parties was answered, although the parties were still in the process of obtaining the medical, employment and educational records of the plaintiffs which had been requested through written discovery. The plaintiffs have not yet responded to *Defendant Catholic Bishop of Spokane's Fifth Set of Interrogatories and Requests for Production Propounded to Plaintiffs*, served on August 27, 2004. The Spokane Diocese has not yet responded to *Plaintiffs' Second Interrogatories and Requests for Production to Defendant Catholic Bishop of Spokane*, served on October 19, 2004. A CR 35 psychological examination was conducted of each plaintiff by defense expert Ronald Klein, Ph.D., in June and July 2004.

The plaintiffs were deposed on May 26 – 28, 2004. Of the over 125 lay and expert witnesses disclosed by the parties, approximately 70 have been deposed to date.

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 6

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

1
2
3
4

**B.** **John and Jane Doe v. Catholic Bishop of Spokane, a Washington Non-Profit Corporation; Patrick O'Donnell; Inland Northwest Council, Boy Scouts of America, a Washington Non-Profit Corporation; and Bishop William Skylstad** (Adversary Proceeding No. 05-80005)

1.   Procedural Status

This lawsuit was originally filed in Spokane County Superior Court on October 17, 2002. The Spokane Diocese filed an Answer and Affirmative Defenses on January 8, 2004. Defendant Patrick O'Donnell filed an Answer and Affirmative Defenses on June 17, 2004. Defendant Inland Northwest Council, Boy Scouts of America, filed an Answer, Affirmative Defenses and Cross Claim on March 9, 2005.

The parties had disclosed primary and rebuttal witnesses in accordance with a Civil Case Scheduling Order issued in the state court action. The plaintiff demanded a 12 person jury on October 12, 2004. Trial was scheduled to commence on January 3, 2005. In the Joint Case Status Report submitted to the state court on March 28, 2003, the parties estimated that two or three weeks would be necessary to complete trial.

2.   Discovery Status

At the time of the Chapter 11 filing, all written discovery that had been previously exchanged by the parties was answered, although the parties were still in the process of obtaining the medical, employment and educational records of plaintiff John Doe which had been requested through written discovery. A CR 35 psychological examination of plaintiff John Doe was conducted by defense expert Ronald Klein, Ph.D., on October 8, 2004.

The plaintiffs were deposed on September 15 & 16, 2004. Of the over 150 lay and expert witnesses disclosed by the parties, less than 20 have been deposed to date.

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 7

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

**C.** **Michael Corrigan, et. al. v. Catholic Bishop of Spokane, a Corporation Sole; and Patrick O'Donnell, individually (Adversary Proceeding No. 05-80006)**

1. Procedural Status

This matter was originally filed in Spokane County Superior Court on September 26, 2002. There are 10 plaintiffs in this action. One plaintiff, CC, has filed suit both individually and as personal representative of her deceased husband's estate. The Spokane Diocese filed an Answer and Affirmative Defenses on January 8, 2004. The plaintiffs filed an Amended Complaint for Damages on May 3, 2004, and the Spokane Diocese filed an Answer and Affirmative Defenses to the Amended Complaint on January 12, 2005.

The parties had disclosed primary and rebuttal witnesses in accordance with a Civil Case Scheduling Order issued in the state court action. The plaintiffs demanded a 12 person jury on August 20, 2004. Trial was scheduled to commence on January 3, 2005. In the Joint Case Status Report submitted to the state court on January 10, 2003, the parties estimated that three weeks would be necessary to complete trial.

2. Discovery Status

At the time of the Chapter 11 filing, most of the written discovery that had been previously exchanged by the parties was answered, although the parties were still in the process of obtaining the medical, employment, military and educational records of the plaintiffs which had been requested through written discovery. The plaintiffs have not yet responded to *Defendant Catholic Bishop of Spokane's Interrogatories and Requests for Production of Documents Propounded to Plaintiff CC, as Personal Representative of the Estate of TC*, served on January 9, 2004. The Spokane Diocese has not yet responded to *Plaintiffs' Fifth Interrogatories and Requests for Production of Documents to Defendant Catholic Bishop of Spokane*, served on October 19, 2004.

A majority of the plaintiffs have submitted to CR 35 psychological examinations, although plaintiffs Michael Corrigan

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 8

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

and RH failed to appear for examinations scheduled to occur in November 2004.

Each plaintiff has been deposed. Of the over 125 lay and expert witnesses disclosed by the parties, approximately 70 have been deposed to date.

**D.** **SB, et. al. v. Catholic Bishop of Spokane, a Corporation Sole; and Patrick O'Donnell, individually (Adversary Proceeding No. 05-80007)**

    1.    Procedural Status

This matter was originally filed in Spokane County Superior Court on January 30, 2003. Originally, there were 10 plaintiffs in this action. On October 1, 2004, the court granted the plaintiffs' motion to remove DH as a plaintiff. On December 3, 2004, DS, who settled his claim with the Spokane Diocese, was removed as a plaintiff and MM was added as a plaintiff.

The Spokane Diocese filed an Answer and Affirmative Defenses on January 8, 2004. Defendant Patrick O'Donnell filed an Answer and Affirmative Defenses on February 17, 2004. The plaintiffs filed Amended Complaints on May 3, 2004, and December 3, 2004. The Spokane Diocese filed an Answer and Affirmative Defenses to the December 3, 2004, Amended Complaint on January 12, 2005.

The parties had disclosed primary and rebuttal witnesses in accordance with a Civil Case Scheduling Order issued in the state court action. The plaintiffs demanded a 12 person jury on August 20, 2004. Trial was scheduled to commence on January 3, 2005. In the Joint Case Status Report submitted to the state court on June 20, 2003, the parties estimated that four to six weeks would be necessary to complete trial.

    2.    Discovery Status

At the time of the Chapter 11 filing, most of the written discovery that had been previously exchanged by the parties was answered, although the parties were still in the process of obtaining the medical, employment, military and educational records of the

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 9

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

plaintiffs which had been requested through written discovery. Some informal discovery had been conducted between the defendants and plaintiff MM prior to him being added as a plaintiff on December 3, 2004. The plaintiffs have not yet responded to *Defendant Catholic Bishop of Spokane's Interrogatories and Requests for Production of Documents Propounded to Plaintiff JR*, served on January 9, 2004. The Spokane Diocese has not yet responded to *Plaintiffs' Second Interrogatories and Requests for Production of Documents to Defendant Catholic Bishop of Spokane*, served on October 19, 2004.

Every plaintiff, with the exception of MM, has submitted to a CR 35 psychological examination at the request of the Spokane Diocese.

Each of the plaintiffs has been deposed. Of the over 125 lay and expert witnesses disclosed by the parties, approximately 70 have been deposed to date.

**E.**  **Cheryl Corrigan, individually and as limited guardian of K.C., J.R.C. and J.D.C., minors v. Corporation of the Catholic Bishop of Spokane; and Patrick O'Donnell, individually** (Adversary Proceeding No. 05-80016)

1.  Procedural Status

This matter was originally filed in Spokane County Superior Court on February 2, 2004. It is a wrongful death action filed by Cheryl Corrigan, widow of Timothy Corrigan. The Corrigans' three minor children are also named as plaintiffs. Cheryl Corrigan is also a plaintiff, identified as CC, in the <u>Michael Corrigan, et. al.</u> lawsuit. The Spokane Diocese filed an Answer and Affirmative Defenses on January 12, 2005.

The Spokane Diocese filed for Chapter 11 Reorganization prior to the dates required by the state court Civil Case Scheduling Order for disclosure of lay and expert witnesses. The plaintiffs demanded a 12 person jury on August 20, 2004. Trial was scheduled to commence on August 1, 2005. In the Joint Case Status Report submitted to the state court on May 7, 2004, the parties estimated that two weeks would be necessary to complete trial.

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 10

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

1

2.     Discovery Status

2

No formal written discovery requests had been exchanged by
the parties.    The deposition of Cheryl Corrigan was taken on
January 6, 2004, in the Michael Corrigan, et. al. lawsuit.

3

4

5     **F.**     **John Doe v. Catholic Bishop of Spokane, a Washington non-
profit corporation; and Patrick O'Donnell, individual
(Adversary Proceeding No. 05-80020)**

6

7

8

1.     Procedural Status

9

This matter was originally filed in Spokane County Superior
Court on November 5, 2004.    The plaintiff had previously provided
the Spokane Diocese with a draft Complaint on or about August 29,
2003.    The Spokane Diocese filed an Answer and Affirmative
Defenses on January 12, 2005.

10

11

12

13

The Spokane Diocese filed for Chapter 11 Reorganization
prior to the issuance of any Civil Case Scheduling Order in the state
court action.    No jury demand had been filed in the state court action
and no trial date had been set.    The plaintiff endorsed a demand for
jury trial in his *Motion for Remand*, filed March 31, 2005, in the
adversary proceeding.

14

15

16

17

2.     Discovery Status

18

No formal written discovery requests had been exchanged by
the parties.    The plaintiff was interviewed by counsel for the Spokane
Diocese on July 26, 2004.

19

20

21     **G.**     **JN v. Catholic Bishop of Spokane, a Corporation Sole; and
Patrick O'Donnell, individual (Adversary Proceeding No. 05-
80021)**

22

23

24

1.     Procedural Status

25

This matter was originally filed in Spokane County Superior
Court on December 6, 2004, the same date that the Spokane Diocese
filed for Chapter 11 Reorganization.    No prior notice of this claim
had been provided to the defendants.    The Spokane Diocese filed an
Answer and Affirmative Defenses on January 12, 2005.

26

27

28

29     DECLARATION OF GREGORY J. ARPIN          *PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
IN OPPOSITION TO PLAINTIFFS'                   *717 WEST SPRAGUE AVENUE, SUITE 1200*
MOTION TO REMAND - 11                          *SPOKANE, WA 99201 PHONE: (509) 455-6000*

30

1

2          No jury demand had been filed in the state court action and
3    no trial date had been set.  The plaintiff endorsed a demand for jury
     trial in his *Objection to Removal and Motion to Remand or Abstain
4    and Memorandum Thereon*, filed January 18, 2005, in the adversary
5    proceeding.

6          2.    Discovery Status

7          No formal written discovery requests have been exchanged
8    by the parties and no depositions have been taken specific to this
     plaintiff's claims.

9
     **H.    LK v. Catholic Bishop of Spokane, a Corporation Sole; and**
10         **Patrick O'Donnell, individual (Adversary Proceeding No. 05-**
11         **80022)**

12         1.    Procedural Status

13         This matter was originally filed in Spokane County Superior
14   Court on December 6, 2004, the same date that the Spokane Diocese
15   filed for Chapter 11 Reorganization.  No prior notice of this claim
     had been provided to the defendants.  The Spokane Diocese filed an
16   Answer and Affirmative Defenses on January 12, 2005.

17
           No jury demand had been filed in the state court action and
18   no trial date had been set.  The plaintiff endorsed a demand for jury
19   trial in his *Objection to Removal and Motion to Remand or Abstain
     and Memorandum Thereon*, filed January 18, 2005, in the adversary
20   proceeding.

21         2.    Discovery Status

22
           No formal written discovery requests have been exchanged
23   by the parties and no depositions have been taken specific to this
24   plaintiff's claims.

25   **LITIGATION ALLEGING ABUSE BY JAMES O'MALLEY**

26         There are two adversary proceedings arising out the alleged sexual
27   abuse of the plaintiffs by James O'Malley, who served as a priest of the
28   Spokane Diocese from 1947 until his retirement in 1989.  Following is the

29   DECLARATION OF GREGORY J. ARPIN        *PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
     IN OPPOSITION TO PLAINTIFFS'             *717 WEST SPRAGUE AVENUE, SUITE 1200*
30   MOTION TO REMAND - 12                  *SPOKANE, WA  99201 PHONE: (509) 455-6000*

procedural and discovery status in each individual lawsuit arising out of alleged sexual abuse of the plaintiffs by James O'Malley:

**A.**      **RF, et. al. v. Corporation of the Catholic Bishop of Spokane; and Father James O'Malley (Adversary Proceeding No. 05-80011)**

     1.     Procedural Status

     This matter was originally filed by ten plaintiffs (RF, MB, DB, WB, DC, JC, RE, JM and ML) in Spokane County Superior Court on January 20, 2004. Plaintiff DB died on April 25, 2004. An Amended Complaint was filed on October 25, 2004, adding four plaintiffs (EC, JM, DM and GP). The Spokane Diocese filed an Answer and Affirmative Defenses to the plaintiffs Amended Complaint on January 12, 2005. Defendant James O'Malley was served by special process in Ireland on October 21, 2004, but no one has yet appeared on his behalf.

     The Spokane Diocese received the plaintiffs' disclosure of lay and expert witnesses on October 21, 2004. The deadline for the defendants to disclose lay and expert witnesses had not passed at the time of the filing by the Spokane Diocese for Chapter 11 Reorganization. The plaintiffs demanded a 12 person jury on August 20, 2004. Trial was scheduled to commence on May 2, 2005. In the Joint Case Status Report submitted to the state court on April 23, 2004, the parties estimated that three weeks would be necessary to complete trial.

     2.     Discovery Status

     At the time of the Chapter 11 filing, most of the written discovery that had been previously exchanged by the parties was answered, although the parties were still in the process of obtaining the medical, employment, military and educational records of the plaintiffs which had been requested through written discovery. No written discovery requests have been exchanged between the defendants and plaintiffs EC, JM, DM and GP. The plaintiffs have not yet responded to *Defendant's First Set of Interrogatories and Requests for Production Propounded to Plaintiff JC* and *Defendant's First Set of Interrogatories and Requests for Production Propounded to Plaintiff JT*, both of which were served on May 3, 2004. The Spokane Diocese has not yet responded to *Plaintiffs' Second*

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

*Interrogatories to Defendant Catholic Bishop of Spokane*, served on June 2, 2004. The plaintiffs have also not responded to *Defendant Corporation of the Catholic Bishop of Spokane's Third Set of Interrogatories and Requests for Production of Documents Propounded to Plaintiffs*, served June 22, 2004.

CR 35 psychological examinations have been conducted of plaintiffs RF, MB, WB, JC, RE, JM, JT and JM by defense expert Duane Green, Ph.D., in September and October 2004. Plaintiffs DC, ML, EC, DM and GP have not yet submitted to examinations.

The statements of nine of the original ten plaintiffs were taken in August and October 2003, prior to the filing of this lawsuit. Other than plaintiff ML, who was deposed on May 26, 2004, no other plaintiffs have submitted to litigation depositions. None of the four plaintiffs added on October 25, 2004, have been given statements or been deposed. Of the approximately 120 lay and expert witnesses disclosed by the plaintiffs, less than 20 have been deposed to date regarding the alleged abuse by James O'Malley.

**B.** **T.C. and G.R. v. Catholic Bishop of Spokane, a Corporation Sole; and James O'Malley, individual (Adversary Proceeding No. 05-80014)**

1. Procedural Status

This matter was originally filed by plaintiff T.C. in Spokane County Superior Court on July 9, 2003. The Spokane Diocese filed an Answer and Affirmative Defenses on January 27, 2004. An Amended Complaint was filed on November 22, 2004, adding plaintiff G.R. The Spokane Diocese filed an Answer and Affirmative Defenses to the plaintiffs' Amended Complaint on January 12, 2005. Defendant James O'Malley was served by special process in Ireland on October 21, 2004, but no one has yet appeared on his behalf.

The plaintiffs did not serve the Spokane Diocese with a disclosure of lay and expert witnesses, although it was due on November 29, 2004. The deadline for the defendants to disclose lay and expert witnesses had not passed at the time of the filing by the Spokane Diocese for Chapter 11 Reorganization. The plaintiffs demanded a 12 person jury on July 9, 2003. Trial was scheduled to commence on June 27, 2005. In the Joint Case Status Report

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 14

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

submitted to the state court on October 10, 2003, the parties estimated that three weeks would be necessary to complete trial.

2.    Discovery Status

At the time of the Chapter 11 filing, the Spokane Diocese had responded to the only written discovery requests received from the plaintiffs, *Plaintiff's Interrogatories and Requests for Production of Documents*. Plaintiff T.C. has still not responded to *Defendant Catholic Bishop of Spokane's First Set of Interrogatories and Requests for Production of Documents*, served on March 19, 2004. and *Defendant Catholic Bishop of Spokane's Third Set of Interrogatories and Requests for Production of Documents*, served on June 22, 2004. The Spokane Diocese does not have any medical, employment, military or educational records from either plaintiff. No written discovery requests have been exchanged between the defendants and plaintiff G.R.

Neither of the plaintiffs has been deposed, nor have they submitted to a CR 35 psychological examination by expert(s) for the Spokane Diocese. No other depositions have been conducted with regard to the claims of these plaintiffs of abuse by James O'Malley.

**LITIGATION ALLEGING ABUSE BY JOSEPH KNECHT**

There are two adversary proceedings arising out the alleged sexual abuse of the plaintiffs by Joseph Knecht, who served as a priest of the Spokane Diocese from 1932 until his death in 1956. Following is the procedural and discovery status in each individual lawsuit arising out of alleged sexual abuse of the plaintiffs by Joseph Knecht:

**A.    Joseph E. Newbury, et. al. v. Corporation of the Catholic Bishop of Spokane (Adversary Proceeding No. 05-80012)**

1.    Procedural Status

This matter was originally filed by plaintiffs Joseph Newbury and John Doe in Spokane County Superior Court on January 20, 2004. An Amended Complaint was filed on October 20, 2004, adding plaintiffs Gregory Doe, David Doe, Richard Doe, Michael Doe and George Puthoff. The Spokane Diocese filed an Answer and

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 15

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

Affirmative Defenses to the plaintiffs' Amended Complaint on January 12, 2005.

The Spokane Diocese received the plaintiffs' disclosure of lay and expert witnesses on October 21, 2004. The deadline for the Spokane Diocese to disclose lay and expert witnesses had not passed at the time of the filing by the Spokane Diocese for Chapter 11 Reorganization. The plaintiffs demanded a 12 person jury on August 20, 2004. Trial was scheduled to commence on May 2, 2005. In the Joint Case Status Report submitted to the state court on April 23, 2004, the parties estimated that three weeks would be necessary to complete trial.

2.      Discovery Status

At the time of the Chapter 11 filing, the Spokane Diocese had responded to the only written discovery requests received from the plaintiffs, *Plaintiffs' Interrogatories and Requests for Production of Documents*. The plaintiffs have not yet responded to *Defendant Corporation of the Catholic Bishop of Spokane's Third Set of Interrogatories and Requests for Production of Documents*, served on June 22, 2004. No written discovery requests have been exchanged between the Spokane Diocese and plaintiffs Gregory Doe, David Doe, Richard Doe, Michael Doe and George Puthoff. The Spokane Diocese does not have any medical, employment, military or educational records from any of the plaintiffs.

Plaintiff John Doe, who is also claiming abuse by James O'Malley, provided an unsworn statement to the Spokane Diocese on November 19, 2003. None of the plaintiffs have been formally deposed. Plaintiffs Joseph Newbury and John Doe submitted to a CR 35 psychological examination by Duane Green, Ph.D., an expert for the Spokane Diocese, in September 2004. No other plaintiffs have been deposed, nor have they submitted to CR 35 psychological examinations. Of the 80 or so lay and expert witnesses identified by the plaintiffs in October 2004, approximately 20 were previously deposed regarding in lawsuits arising out of alleged abuse by Patrick O'Donnell. It is anticipated that most of these witnesses will need to be deposed again regarding these specific claims.

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 16

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA  99201 PHONE: (509) 455-6000*

05-80004-PCW    Doc 27    Filed 04/07/05    Entered 04/07/05 17:07:51    Pg 16 of 29

B.    **J.D. v. Corporation of the Catholic Bishop of Spokane (Adversary Proceeding No. 05-80015)**

1.    Procedural Status

This matter was originally filed by the plaintiff in Spokane County Superior Court on March 30, 2004. The Spokane Diocese filed an Answer and Affirmative Defenses to the plaintiff's Complaint on January 12, 2005.

The deadlines for the parties to disclose lay and expert witnesses had not passed at the time of the filing by the Spokane Diocese for Chapter 11 Reorganization. Trial was scheduled to commence on July 11, 2005. In the Joint Case Status Report submitted to the state court on July 2, 2004, the parties estimated that two weeks would be necessary to complete trial. No jury demand had been filed in the state court action. The plaintiff endorsed a demand for jury trial in his *Objection to Removal and Motion for Remand or Abstain and Memorandum Thereon*, filed January 18, 2005, in the adversary proceeding.

2.    Discovery Status

At the time of the Chapter 11 filing, some of the written discovery that had been previously exchanged by the parties was answered. The plaintiff has not yet responded to *Defendant Catholic Bishop of Spokane's Second Set of Interrogatories and Requests for Production of Documents*, served June 22, 2004. The Spokane Diocese has not yet responded to *Plaintiff's First Set of Interrogatories and Requests for Production of Records*, served September 27, 2004.

No depositions have been taken and the plaintiff has not submitted to any CR 35 psychological examination by expert(s) for the Spokane Diocese.

**LITIGATION ALLEGING ABUSE BY REINARD BEAVER**

There are two adversary proceedings arising out the alleged sexual abuse of the plaintiffs by Reinard Beaver, who served as a priest in the Spokane Diocese from 1956 to 1960, at which time he was released by the Spokane Diocese to become a full-time military chaplain in the U.S. Army.

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 17

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

Following is the procedural and discovery status in each individual lawsuit arising out of alleged sexual abuse of the plaintiffs by Reinard Beaver:

A. **James Maguire v. Reinard Beaver and Catholic Bishop of Spokane, a Corporation Sole (Adversary Proceeding No. 05-80009)**

    1.   Procedural Status

        This matter was originally filed by the plaintiff in Spokane County Superior Court on June 24, 2003. The Spokane Diocese filed an Answer and Affirmative Defenses to the plaintiff's Complaint on December 31, 2003.

        The plaintiff filed his disclosure of witnesses on October 4, 2004. The time for disclosure of witnesses by the Spokane Diocese had not passed at the time of the filing for Chapter 11 Reorganization. Trial was scheduled to commence on May 2, 2005. In the Joint Case Status Report submitted to the state court on November 21, 2003, the parties estimated that six days would be necessary to complete trial. No jury demand was filed in the state court action. Since the removal of this action to U.S. Bankruptcy Court, the plaintiff has not made a demand for jury pursuant to Fed. R. Civ. P. 38(b) or Fed. R. Civ. P. 81(c).

    2.   Discovery Status

        At the time of the Chapter 11 filing, the plaintiff had not yet served written discovery requests on the defendants. The plaintiff has not responded to the four separate sets of written discovery requests propounded by the Spokane Diocese, which include: *Defendant Catholic Bishop of Spokane's Interrogatories and Requests for Production of Documents*, served January 14, 2004; *Defendant Catholic Bishop of Spokane's Second Set of Interrogatories and Requests for Production of Documents*, served March 10, 2004; *Defendant Catholic Bishop of Spokane's Third Set of Interrogatories and Requests for Production of Documents*, served March 19, 2004; and *Defendant Catholic Bishop of Spokane's Fourth Set of Interrogatories and Requests for Production of Documents*, served June 22, 2004.

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 18

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

05-80004-PCW   Doc 27   Filed 04/07/05   Entered 04/07/05 17:07:51   Pg 18 of 29

The plaintiff was deposed on September 5 & 17, 2003. No CR 35 psychological examination of the plaintiff was conducted. The plaintiff died on January 12, 2004. None of the 15 witnesses disclosed by the plaintiff have been deposed regarding the claims of the plaintiff specific to this lawsuit.

**B.** **Michael Shea v. Reinard Beaver and Catholic Bishop of Spokane, a Corporation Sole (Adversary Proceeding No. 05-80010)**

1. Procedural Status

This matter was originally filed by the plaintiff in Spokane County Superior Court on May 8, 2003. Defendant Reinard Beaver filed an Answer and Affirmative Defenses on July 25, 2003. The Spokane Diocese filed an Answer and Affirmative Defenses to the plaintiff's Complaint on December 31, 2003.

The plaintiff filed his disclosure of witnesses on October 4, 2004. The time for disclosure of witnesses by the Spokane Diocese had not passed at the time of the filing for Chapter 11 Reorganization. Trial was scheduled to commence on May 2, 2005. In the Joint Case Status Report submitted to the state court on November 21, 2003, the parties estimated that eight days would be necessary to complete trial. The plaintiff demanded a 12 person jury on August 9, 2004.

2. Discovery Status

At the time of the Chapter 11 filing, most of the written discovery that had been previously exchanged by the parties was answered, although the parties were still in the process of obtaining the medical, employment, military and educational records of the plaintiff which had been requested through written discovery. Defendant Reinard Beaver has not yet responded to the plaintiff's *Third Interrogatories and Request for Documents*, served on August 24, 2004.

The plaintiff was deposed on July 14, 2003, but has not yet submitted to a CR 35 psychological examination. None of the 15 witnesses disclosed by the plaintiff have been deposed regarding the claims of the plaintiff specific to this lawsuit.

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 19

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

# LITIGATION ALLEGING ABUSE BY JOSEPH SONDERGELD

There is one adversary proceeding arising out the alleged sexual abuse of one plaintiff by Joseph Sondergeld, who served as a priest of the Spokane Diocese from 1917 until 1951, when he became a priest in the newly formed Yakima Diocese. Joseph Sondergeld retired as a priest of the Yakima Diocese in 1967 and died in 1969. Following is the procedural and discovery status of the lawsuit arising out of alleged sexual abuse of the plaintiff by Joseph Sondergeld:

**A.**     **Michael Ross v. Catholic Bishop of Spokane, a Corporation Sole (Adversary Proceeding No. 05-80008)**

    1.     <u>Procedural Status</u>

This matter was originally filed by the Michael Ross and his wife, Madeleine Ross, in Spokane County Superior Court on June 6, 2003. Defendant Catholic Bishop of Yakima ("Yakima Diocese") filed an Answer and Affirmative Defenses to the plaintiff's Complaint on July 31, 2003. The Spokane Diocese filed an Answer and Affirmative Defenses to the plaintiff's Complaint on December 31, 2003. On February 17, 2004, Madeleine Ross entered a *Notice of Non-Suit and Judgment of Dismissal of One Party Plaintiff Only*, leaving Michael Ross as the sole plaintiff.

The plaintiff filed his disclosure of lay and expert witnesses on September 15, 2004. The defendants filed their disclosures of lay and expert witnesses on October 25, 2004. The time for disclosure of rebuttal witnesses by the parties had not passed at the time of the filing for Chapter 11 Reorganization. Trial was scheduled to commence on March 15, 2005. In the Joint Case Status Report submitted to the state court on November 21, 2003, the parties estimated that two weeks would be necessary to complete trial. The Yakima Diocese demanded a 12 person jury on July 31, 2003.

The plaintiff settled his claim with the Yakima Diocese in November 2004 for $50,000. An order dismissing the Yakima Diocese was entered on November 30, 2004.

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 20

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

2.    Discovery Status

At the time of the Chapter 11 filing, some of the written discovery that had been previously exchanged by the parties was answered, although the plaintiff has not yet responded to the following written discovery requests from the Spokane Diocese: *Defendant Catholic Bishop of Spokane's Interrogatories and Requests for Production of Documents Propounded to Plaintiff Michael Ross*, served January 14, 2004; *Defendant Catholic Bishop of Spokane's 2nd Set of Interrogatories and Requests for Production of Documents*, served March 9, 2004; and *Defendant Catholic Bishop of Spokane's Third Set of Interrogatories and Requests for Production of Documents*, served March 19, 2004. The parties are still in the process of compiling the medical, employment, military and educational records of the plaintiff which had been requested through written discovery.

The plaintiff was deposed on February 5 & 6, 2004; March 24 & 25, 2004; and April 12, 2004. On June 7, 2004, the plaintiff also submitted to a CR 35 psychological examination by Ronald Klein, Ph.D., an expert witness for the Spokane Diocese. Of the 70 to 80 lay and expert witnesses disclosed by the parties, approximately 15 have been deposed to date.

## LITIGATION ALLEGING ABUSE BY BERNARD OOSTERMAN

There is one adversary proceeding arising out the alleged sexual abuse of three plaintiffs by Bernard Oosterman, who served as a priest of the Spokane Diocese from 1956 until 1980, when he resigned. Following is the procedural and discovery status of the lawsuit arising out of alleged sexual abuse of the plaintiff by Bernard Oosterman:

A.    **WM, HM and BM v. Catholic Bishop of Spokane, a Corporation Sole; and Benno Oosterman, individually (Adversary Proceeding No. 05-80013)**

1.    Procedural Status

This matter was originally filed in King County Superior Court by WM, HM and BM on May 15, 2003, and venue was transferred to Spokane County Superior Court on December 5, 2003. Defendant Benno Oosterman filed an Answer and Affirmative

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 21

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

05-80004-PCW    Doc 27    Filed 04/07/05    Entered 04/07/05 17:07:51    Pg 21 of 29

Defenses to the plaintiffs' Complaint on August 29, 2003. The Spokane Diocese filed an Answer and Affirmative Defenses to the plaintiffs' Complaint on October 3, 2003.

The plaintiffs filed their disclosure of lay and expert witnesses on November 9, 2004. The deadline for the defendants to disclose lay and expert witnesses had not passed at the time of the filing by the Spokane Diocese for Chapter 11 Reorganization. Trial was scheduled to commence on June 6 2005. In the Joint Case Status Report submitted to the state court on January 9, 2004, the parties estimated that three weeks would be necessary to complete trial. No jury demand had been filed in the state court action. The plaintiffs endorsed a demand for jury trial in their *Motion for Remand*, filed March 31, 2005, in the adversary proceeding.

2.    Discovery Status

At the time of the Chapter 11 filing, all of the written discovery that had been previously exchanged by the parties was answered. The plaintiffs have not provided the Spokane Diocese with a Statement of Damages, requested pursuant to RCW 4.28.360 on August 14, 2003. The parties are still in the process of compiling the medical, employment, military and educational records of the plaintiffs which had been requested through written discovery.

The plaintiffs were deposed on June 23 – 25, 2004. Three lay witnesses have also been deposed. On October 5 - 7 2004, the plaintiffs also submitted to a CR 35 psychological examination by Duane Green, Ph.D., an expert witness for the Spokane Diocese.

**LITIGATION ALLEGING ABUSE BY THEODORE BRADLEY**

There is one adversary proceeding arising out the alleged sexual abuse of one plaintiff by Theodore Bradley, who served as a priest of the Spokane Diocese from 1959 until his retirement in 1995. Following is the procedural and discovery status of the lawsuit arising out of alleged sexual abuse of the plaintiff by Theodore Bradley:

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 22

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

**A.** **D.C. v. Corporation of the Catholic Bishop of Spokane (Adversary Proceeding No. 05-80017)**

    1.    <u>Procedural Status</u>

This matter was originally filed in Spokane County Superior Court on May 20, 2004. The Spokane Diocese filed an Answer and Affirmative Defenses on January 12, 2005.

The deadlines for the parties to disclose lay and expert witnesses had not passed at the time of the filing by the Spokane Diocese for Chapter 11 Reorganization. Trial was scheduled to commence on September 12, 2005. In the Joint Case Status Report submitted to the state court on August 20, 2004, the parties estimated that two weeks would be necessary to complete trial. The plaintiffs filed a demand for a 12 person jury on August 20, 2004.

    2.    <u>Discovery Status</u>

At the time of the Chapter 11 filing, none of the written discovery that had been previously exchanged by the parties was answered. The Spokane Diocese has not yet responded to *Plaintiff's First Interrogatories and Requests for Production of Records*, served on July 9, 2004. The plaintiff has not yet responded to *Defendant's First Set of Interrogatories and Requests for Production of Documents*, served on August 17, 2004; nor has the plaintiff provided the Spokane Diocese with a Statement of Damages, requested pursuant to RCW 4.28.360 on August 17, 2003.

No depositions have been taken.

**LITIGATION ALLEGING ABUSE BY ARTHUR MERTENS**

There is one adversary proceeding arising out the alleged sexual abuse of one plaintiff by Arthur Mertens, who was a priest of the Spokane Diocese from 1949 until his retirement in 1989. Following is the procedural and discovery status of the lawsuit arising out of alleged sexual abuse of the plaintiff by Theodore Bradley:

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 23

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

**A.** **"John Doe" v. Corporation of the Catholic Bishop of Spokane** (Adversary Proceeding No. 05-80018)

1. Procedural Status

This matter was originally filed in Spokane County Superior Court on July 15, 2004. The Spokane Diocese filed an Answer and Affirmative Defenses on January 12, 2005.

The deadlines for the parties to disclose lay and expert witnesses had not passed at the time of the filing by the Spokane Diocese for Chapter 11 Reorganization. Trial was scheduled to commence on September 19, 2005. In the Joint Case Status Report submitted to the state court on October 15, 2004, the parties estimated that one week would be necessary to complete trial. The plaintiff filed a demand for a 12 person jury on August 20, 2004.

2. Discovery Status

At the time of the Chapter 11 filing, none of the written discovery that had been previously exchanged by the parties was answered. The plaintiff has not yet responded to *Defendant's First Set of Interrogatories and Requests for Production of Documents*, served on July 20, 2004; nor has the plaintiff provided the Spokane Diocese with a Statement of Damages, requested pursuant to RCW 4.28.360 on July 20, 2003. The Spokane Diocese has not yet responded to *Plaintiff's First Interrogatories and Requests for Production of Records*, served on September 21, 2004. No depositions have been taken.

**LITIGATION ALLEGING ABUSE BY GARRY BOULDEN**

There is one adversary proceeding arising out the alleged sexual abuse of one plaintiff by Garry Boulden, who served as a priest of the Spokane Diocese from 1977 until 1983. Following is the procedural and discovery status of the lawsuit arising out of alleged sexual abuse of the plaintiff by Garry Boulden:

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 24

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

A. <u>**Jane Doe v. Corporation of the Catholic Bishop of Spokane**</u>
   (Adversary Proceeding No. 05-80019)

   1. <u>Procedural Status</u>

   This matter was originally filed in Spokane County Superior Court on May 20, 2004. The Spokane Diocese filed an Answer and Affirmative Defenses on January 12, 2005.

   The deadlines for the parties to disclose lay and expert witnesses had not passed at the time of the filing by the Spokane Diocese for Chapter 11 Reorganization. Trial was scheduled to commence on October 24, 2005. In the Joint Case Status Report submitted to the state court on September 24, 2004, the parties estimated that two weeks would be necessary to complete trial. The plaintiffs filed a demand for a 12 person jury on August 20, 2004.

   2. <u>Discovery Status</u>

   At the time of the Chapter 11 filing, none of the written discovery that had been previously exchanged by the parties was answered. The Spokane Diocese has not yet responded to *Plaintiff's First Interrogatories and Requests for Production of Records*, served on July 9, 2004. The plaintiff has not yet responded to *Defendant's First Set of Interrogatories and Requests for Production of Documents*, served on August 17, 2004; nor has the plaintiff provided the Spokane Diocese with a Statement of Damages, requested pursuant to RCW 4.28.360 on August 17, 2003. No depositions have been taken.

   11. While some of the Sexual Abuse Lawsuits have had substantial activity, considerable progress would still be needed to bring them to readiness for trial. Even the lawsuits which were closest to scheduled trial dates had significant depositions to complete with regard to expert witnesses and health care providers. For many of the lawsuits, little or no discovery had been completed on the nature and extent of the damages claimed by the plaintiffs. Contrary to the assertion of the plaintiffs' counsel, that some of these lawsuits were halted on the eve of trial, it is the position of the Spokane Diocese that while some of

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 25

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

1  the lawsuits were set for trial in January 2005, discovery in these lawsuits had not

2  progressed to where they were ready for trial. In addition, counsel for the Tort Claimants'

3  Committee and Tort Litigants' Committee (hereinafter "Committees") took the position,

4  soon after the Reorganization Case was filed, that counsel for the Spokane Diocese could

5  not and should not continue to defend the Spokane Diocese in the Sexual Abuse Lawsuits

6  and could not receive any payment from the insurance carriers for the Spokane Diocese for

7  such defense. Thus, according to counsel for the Committees, the Spokane Diocese should

8  be required to retain separate defense counsel. This would require the current defense

9  counsel for the Spokane Diocese to transfer all of its knowledge and the tens of thousands

10  of pages of documents to substitute defense counsel. Because of the time needed by any

11  substitute defense counsel to prepare these matters for trial, it is unlikely that any of these

12  lawsuits could be made ready for trial in 2005.

13  

14          12.     The Portland Archdiocese filed for Chapter 11 Reorganization on July 6,

15  2004. All litigation involving the Portland Archdiocese was removed to the U.S.

16  Bankruptcy Court, District of Oregon, including a number of sexual abuse lawsuits.

17  Various tort claimants filed motions for remand on September 28, 2004. On November 19,

18  2004, the Oregon Bankruptcy Court entered an order abating further pretrial proceedings,

19  including the pending motions to remand, until an Accelerated Alternate Dispute

20  Resolution Process was completed. Attached hereto as Exhibit A is a true and correct copy

21  of the Record of Proceeding from November 19, 2004, in the Oregon Bankruptcy Court. A

22  similar approach in this Reorganization Case is necessary to allow the Spokane Diocese an

23  opportunity to incorporate into its Reorganization Plan a similar mechanism for resolution

24  of tort claims for those claimants who are able to resolve their claims short of trial. For

25  

26  

27  

28  

29  DECLARATION OF GREGORY J. ARPIN          *PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
   IN OPPOSITION TO PLAINTIFFS'                    *717 WEST SPRAGUE AVENUE, SUITE 1200*
30  MOTION TO REMAND - 26                         *SPOKANE, WA 99201 PHONE: (509) 455-6000*

others, the Spokane Diocese would not deny them the opportunity to pursue their claims before a jury in the Federal Courts of Eastern Washington.

13.     I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Spokane, Washington this 7th day of April, 2005.

GREGORY J. ARPIN

I:\Spodocs\33029\00013\plead\00309450.DOC

DECLARATION OF GREGORY J. ARPIN
IN OPPOSITION TO PLAINTIFFS'
MOTION TO REMAND - 27

PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201 PHONE: (509) 455-6000

# EXHIBIT A

**11/19/2004**

09:00 AM     **04-3328**

CR 1       4-37154    11

**FRIDAY**

**C.B.**   vs   Archdiocese of Portland in Oregon

**Judge Elizabeth L Perris**

   **Continued Status Conference**

C.B. - pla

Archdiocese of Portland in Oregon - def

WILLIAM A BARTON

THOMAS V DULCICH

Further pretrial proceedings will be abated pending mediation of all claims pursuant to the Accelerated Claims Resolution Process.

Re Motion to Defer Briefing and Ruling on Motions to Abstain/Remand, Motion GRANTED. The lead plaintiff's brief is due 3 weeks after the conclusion of mediation and the other deadlines are adjusted accordingly. McKittrick to submit order.

At the continued case management hearing on 4/11/05 at 1:30 PM a date needs to be set for status conferences in the Adversary proceedings.

_____ to prepare order.

**OD3 - Dismissal Order**

   #1 _____ Settled _____ (20) days.

   #2 _____ to Prepare Judgment/order _____ (20) days.

   #3 _____ No answer _____ (20) days.

**OFRCP - Rule 26 Order**

   #1 _____ Planning conf. by ___.___._____ / Conf. Report by ___.____

   #2 _____ Planning conf. by ___.___._____ / No report.

   #3 _____ Discovery can proceed.

   #4 _____ No planning conf./Initial disclosures by ___.___._____

   #5 _____ Discovery limited to _____.

**DOCKET ENTRY:**

05-80004-PCW     Doc 27     Filed 04/07/05     Entered 04/07/05 17:07:51     Pg 29 of 29