DILLON E. JACKSON
FOSTER PEPPER & SHEFELMAN PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3299
(206) 447-8962
Co-Counsel for Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

In re

THE CATHOLIC BISHOP OF SPOKANE a/k/a THE CATHOLIC DIOCESE OF SPOKANE, a Washington corporation sole,,

    Debtor.

---

JOHN DOE, JAMES DOE and JOSEPH DOE (pseudonyms),

    Plaintiffs,

v.

CATHOLIC ARCHIBISHOP OF SEATTLE, a Washington non profit corporation; CATHOLIC BISHOP OF SPOKANE, a Washington non profit corporation; and PATRICK O'DONNELL, individually,

    Defendants.

No. 04-08822-PCW-11

Adv. Proc. No. 05-80004

DECLARATION OF TIMOTHY D. KOSNOFF IN SUPPORT OF REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO REMAND

I, TIMOTHY D. KOSNOFF, hereby declare as follows:

DECLARATION OF TIMOTHY D. KOSNOFF - 1

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50517824.01

05-80004-PCW    Doc 31    Filed 04/15/05    Entered 04/15/05 13:56:43    Pg 1 of 5

## Background

There were nineteen clergy sexual abuse cases involving seven priests and sixty-five plaintiffs pending against the Catholic Bishop of Spokane[1] in the Superior Court of Spokane County on the date of the bankruptcy[2]. The majority of cases had been pending for more than a year and two had been pending for more than two years. The bankruptcy was filed on the eve of trial of three cases involving twenty-five plaintiffs.

Three of the state court cases have 10 or more plaintiffs each; one has seven plaintiffs; one has four plaintiffs; one has three plaintiffs; two have two plaintiffs and ten are single plaintiff cases.

The abuse allegations include genital fondling/digital rape, genital mutilation and incidents of oral and anal sodomy. With one exception, there are no issues of repressed memory.

The Kosnoff/Pfau/Rasmussen/Allison legal team represents fifty-eight plaintiffs currently in suit; Allison/Withey represent two; Thornton/Anderson represent three; Conklin represents two and Gatti/Rasmussen one.

Upon the lifting of the automatic bankruptcy stay, Kosnoff/Pfau will file seven additional state court cases against the Catholic Bishop of Spokane on behalf of seventeen additional plaintiffs involving three additional priests and one previously named priest.

All the state court cases share a general legal theory that the Spokane diocese either possessed actual knowledge or should have known that these priests were child sexual abusers that posed a threat to children and, that it failed to stop them.

---

[1] Additional party defendants in some cases include the offending priests, the Catholic Archbishop of Seattle; the Catholic Bishop of Yakima; and the Boy Scouts of America.
[2] The Bankruptcy was filed December 6, 2004.

DECLARATION OF TIMOTHY D. KOSNOFF - 2

**FOSTER PEPPER & SHEFELMAN PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50517824.01

05-80004-PCW    Doc 31    Filed 04/15/05    Entered 04/15/05 13:56:43    Pg 2 of 5

A majority of the state court cases present extensive evidence that the diocese possessed recurring knowledge the priest was an abuser prior to or during the times abuse was occurring. The remaining cases present strong circumstantial evidence or "red-flags" that, taken together with a now well-documented history[3] of sexual contact between Catholic priests and children – conduct so common, persistent and well-known to hierarchical clergy throughout the Spokane Diocese and the world-wide Catholic Church – the diocese, should have known, and, through inaction, effectively ratified the misconduct.

The state court complaints allege standard, garden-variety, common law causes of action including sexual assault, intentional and negligent infliction of emotional distress, negligence, negligent failure to warn or protect, negligent supervision; statutory violation of the mandatory child abuse reporting statute; civil conspiracy, fraudulent concealment and wrongful death. None of the cases are grounded in any federal statute, constitutional provision or right. No federal questions are raised by the complaints and there is otherwise no basis for the assertion of federal jurisdiction.

<u>Discovery and Pre-Trial Motions as of the date of the Bankruptcy</u>

At the time of the bankruptcy, written discovery was complete or nearly complete in five cases involving 36 plaintiffs.

The state court had ruled on a key document production dispute, ordering the diocese to produce all the diocesan priest personnel files to plaintiffs.

Thirty-five plaintiff depositions and nine of eleven scheduled expert depositions had been completed in state court at the time of the bankruptcy.

---

[3] See, A Report on the Crisis in the Catholic Church National Board Report, United States Conference of Catholic Bishops, http://www.usccb.org/nrb/

DECLARATION OF TIMOTHY D. KOSNOFF - 3

FOSTER PEPPER & SHEFELMAN PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50517824.01

05-80004-PCW    Doc 31    Filed 04/15/05    Entered 04/15/05 13:56:43    Pg 3 of 5

Forensic damage assessments and DME's for twenty-seven plaintiffs had been completed or were nearly complete at that the time of the filing.

Discovery was nearly complete in three Father O'Donnell cases involving twenty-five plaintiffs and each was within a month of its scheduled trial date. All dispositive motions had either been ruled upon or the deadlines for filing had passed or were about to pass.

The Spokane Diocese filed one hundred and nine *motions in limine,* all of which were thoroughly briefed, argued and ruled upon by the state court after multiple day hearings held a few weeks before the bankruptcy.

Constitutional/statute of limitations challenges by the diocese affecting all the cases had been briefed, argued and ruled upon by the state court judges months earlier.

## Estimated Length of Time to Try These Cases

The estimated length of time for trials in all of these cases is approximately two to three years. This estimate is based upon the sheer number of plaintiffs and witnesses and the nature and complexity of the issues. Issues in the cases will require complex expert testimony regarding childhood trauma and its effects on memory, emotional and psychological injuries related to child sexual abuse and its long term effects, mandatory reporting laws, organizational safe practices and standards, church history, organizational structure and historical church policies and practices regarding the problem of sexual misconduct by Catholic clerics.

Representative of the size and complexity of these cases is *John, James and Joseph Doe v. Catholic Bishop of Spokane*, 03-2-06469-1, the first case, which was set to begin trial November 29, 2004, but was halted by the announcement of a pending bankruptcy filing. In *Doe*, plaintiffs identified seventy-three lay and eight

DECLARATION OF TIMOTHY D. KOSNOFF - 4

**FOSTER PEPPER & SHEFELMAN PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50517824.01

expert witnesses in their disclosure of primary witnesses. Defendants identified seventy-six lay and 7 expert witnesses in their primary witness disclosures. Few Catholic clergy sexual abuse cases have ever gone to trial. A similar case[4] was tried for eleven weeks in Texas in 1997 and a case by two brothers against the Catholic Diocese of Stockton, California lasted seven weeks[5]. Based on the experiences in those trials, the *Doe* case will take at least two months to try, and the *Corrigan*, *SB* and *RF* cases with 10, 10 and 14 plaintiffs respectively can be expected to take substantially longer to try because of the larger number of plaintiffs, damage witnesses and forensic psychological experts on both sides.

DATED this 13th day of April, 2005.

                                       */s/ Timothy D. Kosnoff*
                                       Timothy D. Kosnoff, WSBA No. 16586

---

[4] A 1997 case against the Catholic Archdiocese of Dallas with eleven victims of priest sexual abuse and with many of the same issues lasted eleven weeks. *Kos Jury Awards $ 119 Million Diocese Found Grossly Negligent Sex Abuse Judgment Largest of Its Kind,* By Ed Housewright and Brooks Egerton, Dallas Morning News, July 25, 1997 attached as **Exhibit A**

[5] John Doe, 4a and John Doe, 4b Et Al. v the Roman Catholic Bishop of Stockton,

DECLARATION OF TIMOTHY D. KOSNOFF - 5      **FOSTER PEPPER & SHEFELMAN PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50517824.01

05-80004-PCW    Doc 31    Filed 04/15/05    Entered 04/15/05 13:56:43    Pg 5 of 5